# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. YOLANDA QUINONES                               Docket No. 3:01CR00257(RNC)

## Petition For Modification of Conditions or Term of Probation/Supervised Release
## with the Consent of the Offender

FILED
2005 MAR -3  P 3: 22

**COMES NOW**, Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Yolanda Quinones who was sentenced to 3 years Probation for a violation of 18 U.S.C.§ 371, Conspiracy to Commit Bank Fraud, by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court in Hartford, Connecticut on June 21, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

1) The defendant will serve the first three months of probation confined to her home with electronic monitoring;
2) The defendant will pay restitution in total amount of $2,767.89, at a rate of $100 per month, with interest waived;
3) The defendant will pay a $500 fine during her period of probation, with interest waived; and
4) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the U.S. Probation Office.

Yolanda Quinones began supervision on JUNE 21, 2002

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Ms. Quinones has failed to make restitution and/or fine payments since October 4, 2004, and is in default on these criminal monetary penalties.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

That the defendant shall remit any outstanding balance of the court-ordered restitution ($717.89 as of 2/22/05) and the fine ($500 as of 2/22/05) from her federal tax return refund (2004 tax year), which shall be filed no later than April 15, 2005. The defendant shall make all required payments in accordance with the original order until such refund is received. A signed Waiver of Hearing to Modify Conditions is attached.

The attorney for the defendant has been notified and concurs with the modification.

**ORDER OF COURT**                                         Respectfully Submitted,

Considered and ordered this 3rd
day of March, 2005 and ordered filed and made             Sandra L. Hunt
a part of the records in the above case                   United States Probation Officer

                                                          Place: New Haven, Connecticut

The Honorable Robert N. Chatigny
Chief United States District Judge                        Date: February 22, 2004

PROB 49
(3/89)

# United States District Court
### District of Connecticut

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or to the proposed extension of my term of supervision:

That the defendant shall remit any outstanding balance of the court-ordered restitution ($717.89 as of 2/22/05) and the fine ($500 as of 2/22/05) from her federal tax return refund (2004 tax year), which shall be filed no later than April 15, 2005. The defendant shall make all required payments in accordance with the original order until such refund is received.

Witness: _____    Signed: _____
Sandra Hunt, U.S. Probation Officer              Yolanda Quinones, Probationer

2/28/05
Date