# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**U.S.A. vs. YOLANDA QUINONES**          Docket No. 3:01CR00257(RNC)

## PETITION ON PROBATION AND SUPERVISED RELEASE

FILED

**COMES NOW** Sandra L. Hunt, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Yolanda Quinones who was sentenced to 3 years probation for a violation of 18 U.S.C. 371 by the Honorable Robert N. Chatigny, Chief U.S. District Judge, sitting in the court at Hartford, Connecticut on June 21, 2002, who fixed the period of probation at 3 years which commenced on June 21, 2002, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant will serve the first three months of probation confined to her home with electronic monitoring; 2) The defendant will pay restitution in the total amount of $2,767.89, at a rate of $100 per month, with interest waived; 3) The defendant will pay a $500 fine during her period of probation, with interest waived; and 4) The defendant will participate in a program of mental health evaluation, counseling and treatment under the direction of the U.S. Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:
**Charge No. 1 - Condition Violated**

Standard Condition:   "The defendant shall answer truthfully all inquiries by the probation office and follow the instructions of the probation officer."

Facts of Violation

On February 28, 2005, Ms. Quinones signed a Waiver of Hearing to Modify Conditions of Probation to add the below-listed special condition. At the time the waiver was signed, Ms. Quinones represented to the Probation Office and the Court that she had not filed a 2004 tax return. On March 7, 2005 and April 8, 2005, when asked by the Probation Office, she again stated that her return was not filed. On April 13, 2005, Ms. Quinones was asked if she had filed her federal tax return. She responded that she had completed the tax return on April 11, 2005 at the New Haven Public Library, had mailed the return to the Internal Revenue Service, and was awaiting the refund. On April 26, 2005, the IRS verified that Ms. Quinones was issued a tax refund of $4,388.00 on or about February 14, 2005.

**Charge No. 2 - Condition Violated**

Special Condition:   "The defendant shall remit any outstanding balance of the court-ordered restitution ($717.89 as of 2/22/05) and fine ($500 as of 2/22/05) from her federal tax return refund (2004 tax year), which shall be filed no later than April 15, 2005."

Facts of Violation

As of the date of this petition, Ms. Quinones has failed to pay the required restitution and fine obligations as ordered.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Yolanda Quinones to appear before this court at Hartford, Connecticut on _May 24, 2005_ at _10:00 am_ to show cause why probation should not be revoked.

**ORDER OF COURT**

Considered and ordered this _12_ day of _MAY_, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By _[signature]_
United States Probation Officer

Place _Hartford, CT_

Date _5/12/05_

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this _12_ day of _May_, 2005, at Hartford, Connecticut, U.S. Probation Officer Sandra L. Hunt appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge