UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CASE NO. 3:01CR257(RNC) |
| | : | |
| YOLANDA QUINONES | : | |

ORDER REVOKING PROBATION AND IMPOSING SENTENCE

On June 21, 2002, this Court sentenced the defendant for conspiracy to commit bank fraud to a term of probation of three years subject to mandatory, standard and special conditions.

At a hearing on May 31, 2005, the defendant admitted that she has violated the standard condition of her probation requiring her to respond ruthfully to requests for information by the Probation Office.

Accordingly, it is hereby ordered that the sentence of probation is revoked and the defendant is committed to the custody of the Bureau of Prisons for a period of time served. Upon release from custody, the defendant will be on supervised release for a term of one year with the following special conditions: (1) the defendant will serve the first 3 months of her term of supervised release confined to her home with electronic monitoring, the defendant will pay the costs of the electronic monitoring; the defendant will be allowed to leave her home to work; obtain medical attention for herself, her daughter and her grandchild; attend religious services; do weekly grocery shopping; and at other times specifically approved in advance by the Probation Office; (2) the defendant will pay restitution in the total amount of $517.89 at the rate of $100 per

month, interest on the restitution is waived; (3) the defendant will
pay a fine in the amount of $500, at the rate of $100 per month
starting in December 2005; interest on the fine is waived; (4) the
defendant will not incur new credit charges or open additional lines
of credit without prior approval of the Probation Office until her
restitution and fine are fully paid; and (5) the defendant will
provide the Probation Office with access to any requested financial
information.  In addition to the special conditions imposed above,
it is hereby ordered that the general conditions of supervised
release imposed on June 21, 2002, are also imposed.

So ordered.

Dated at Hartford, Connecticut this 3rd day of June 2005.


_____/s/RNC_____
Robert N. Chatigny
United States District Judge

2