UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO.3:01CR257(RNC) |
| VS. | : | |
| YOLANDA QUINONES | : | JUNE 27, 2005 |

MOTION FOR MODIFICATION
OF CONDITIONS OF HOME CONFINEMENT

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, Defendant YOLANDA QUINONES, by and through her undersigned counsel, hereby requests a modification of the conditions of her home confinement to permit her to take her grandson to see fireworks on July 4, 2005. She represents in support of said motion:

1) The Defendant was sentenced by the court on June 21, 2001, to a period of three (3) years probation.

2) On May 31, 2005, her probation was revoked.

3) On May 31, 2005, she was sentenced to Supervised Home Release (SHR) for a period of one (1) year.

4) During the first three months of her SHR period, she is subject to home confinement with electronic monitoring.

5) The Defendant is the primary caretaker for her

1

grandson Montey Cody, date of birth 1/02/02, whose mother has limited ability to care for him.

6) The Defendant seeks permission to take her grandson to see the public Fourth of July fireworks display in New Haven from 8:00 - 10:30 p.m. on Monday, July 4, 2005.

WHEREFORE, the Defendant respectfully requests an enlargement of time until December 21, 2004, for filing pretrial motions, and that the Scheduling Order be enlarged accordingly.

DEFENDANT, YOLANDA QUINONES

BY *Margaret P. Levy*
MARGARET P. LEVY
Federal Bar No. ct00045
Her Attorney
21 Oak Street
Hartford, CT  06106-8001
(860) 525-9119

C E R T I F I C A T I O N

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Hon. Robert N. Chatigny
United States District Court
450 Main Street
Hartford, CT  06103

Hon. Donna F. Martinez
United States District Court
450 Main Street
Hartford, CT  06103

AUSA Lisa Perkins
450 Main Street
Hartford, CT  06103

Probation Officer Sandra Hunt
157 Church Street – 22d floor
New Haven, CT 06510

Yolanda Quinones
76 Olive Street
Meriden, CT 06450

_Margaret P. Levy_
MARGARET P. LEVY