UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 JUN 28  A

DISTRICT COURT
HARTFORD, CT.

UNITED STATES OF AMERICA          :          CR. NO.3:01CR257(RNC)

VS.                               :

YOLANDA QUINONES                  :          JUNE 27, 2005

## MOTION FOR MODIFICATION
## OF CONDITIONS OF HOME CONFINEMENT

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, Defendant YOLANDA QUINONES, by and through her undersigned counsel, hereby requests a modification of the conditions of her home confinement to permit her to take her grandson to see fireworks on July 4, 2005. She represents in support of said motion:

1)   The Defendant was sentenced by the court on June 21, 2001, to a period of three (3) years probation.

2)   On May 31, 2005, her probation was revoked.

3)   On May 31, 2005, she was sentenced to Supervised Home Release (SHR) for a period of one (1) year.

4)   During the first three months of her SHR period, she is subject to home confinement with electronic monitoring.

5)   The Defendant is the primary caretaker for her

*(handwritten in left margin)* June 29, 2005. Denied. So ordered.

*(handwritten in left margin)* Robert N. Chatigny, U.S.D.J.

*(stamp in left margin)* FILED 2005 JUN 29  3: 26  US DISTRICT COURT HARTFORD CT

1

*(handwritten at bottom)* 01cR257end390